# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TERRANCE JERRELL BURNETT,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF IOWA,<br><br>    Respondent. | No. C16-0182-LTS<br><br>ORDER |

    This matter is before the court on the petitioner's application for a writ of habeas corpus (Civil Doc. No. 3). The petitioner submitted such application on October 19, 2016. Along with his application for a writ of habeas corpus, the petitioner submitted an application to proceed in forma pauperis (Doc. No. 1) and a motion to appoint counsel (Doc. No. 2). The petitioner paid the $5.00 filing fee.

    Currently confined at the Fort Dodge Correctional Facility in Fort Dodge, Iowa, the petitioner brings this action under 28 U.S.C. § 2254 to challenge the legality of his conviction and resulting sentence. An application for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district court where the petitioner is confined or the district court where the conviction occurred. 28 U.S.C. § 2241(d). In furtherance of justice, the district court in which the application is filed may transfer the application to the other district court. *Id*. Federal courts in Iowa have chosen to hear applications attacking a state conviction or sentence in the district in which the conviction occurred.

    The court transfers the application forthwith to the United States District Court for the Southern District of Iowa, the district where the conviction occurred. The clerk's

office is directed to send the entire file to the Southern District at Des Moines, Iowa and retain a copy of the file.

By this order, the court expresses no opinion as to whether the petitioner's application for a writ of habeas corpus meets the requirements of 28 U.S.C. § 2254. Likewise, the court declines to address whether the petitioner is entitled to in forma pauperis status or whether the petitioner is entitled to appointment of counsel.

**IT IS SO ORDERED.**

**DATED** this 20th day of October, 2016.

_____
LEONARD T. STRAND
UNITED STATES DISTRICT JUDGE